IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD M. BOBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-548 |
| ) | |
| ALLEGHENY ENERGY SERVICE ) | Judge Terrence F. McVerry |
| CORPORATION, trading and doing ) | Magistrate Judge Amy Reynolds Hay |
| business as ALLEGHENY POWER ) | |
| also known as ALLEGHENY POWER ) | |
| SERVICE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

AND NOW, this 22nd day of August, 2007, after the plaintiff, Richard M. Bobbs, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendant, Allegheny Energy Service Corporation, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (Docket No. 17) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

BY THE COURT:

<u>s/ Terrence F. McVerry</u>
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Kevin E. Feigel, Esquire
Email: kefeigel@yahoo.com

W. Scott Hardy, Esquire
Philip K. Kontul, Esquire
Email: shardy@cohenlaw.com
Email: pkontul@cohenlaw.com